# U.S. District Court
## Western District of Kentucky (Louisville)
## CRIMINAL DOCKET FOR CASE #: 3:24-cr-00016-RGJ-3 *SEALED*

Case title: USA v. SEALED                                        Date Filed: 02/06/2024

Date Terminated: 01/28/2026

Assigned to: Judge Rebecca Grady Jennings

**Defendant (3)**

**Seal 3**
*TERMINATED: 01/28/2026*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:841(a)(1), 841(b)(1)(A), and 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE HEROIN (1) | Rule 20 Out - Western District of Washington |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| Felony | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| **USA** | represented by | **Frank E. Dahl , III** |
| --- | --- | --- |
| | | U.S. Attorney Office - Louisville |
| | | 717 W. Broadway |
| | | Louisville, KY 40202 |
| | | 502-582-5911 |
| | | Email: frank.dahl@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2026 | 32 | CONSENT TO TRANSFER JURISDICTION (Rule 20-Out) to Western District of Washington. All Counts closed as to Seal 3 (3) - Count 1. (SMJ) (Entered: 02/03/2026) |
| 12/04/2024 | 22 | Sealed Document (SMJ) (Entered: 12/04/2024) |
| 12/04/2024 | 20 | ORDER Signed by Magistrate Judge Regina S. Edwards on 12/4/2024 granting 19 Motion to Seal Case as to Seal 1 (1), Seal 2 (2), Seal 3 (3). (SMJ) (Entered: 12/04/2024) |
| 12/04/2024 | 19 | MOTION to Seal Case by USA as to Seal 1, Seal 2, Seal 3. (SMJ) (Entered: 12/04/2024) |
| 12/04/2024 | 18 | SEALED DOCUMENT: Unredacted Indictment re 17 Indictment. (SMJ) (Entered: 12/04/2024) |
| 12/04/2024 | 17 | SUPERSEDING INDICTMENT as to Seal 1 (1): count(s) 1s; Seal 2 (2): count(s) 1s; Seal 3 (3): count(s) 1. (SMJ) (Entered: 12/04/2024) |

FILED

JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____ Jan 28, 2026 _____

**U.S. Department of Justice**            **Rule 20 – Transfer Notice**

| To | | District | Date |
|---|---|---|---|
| Frank E. Dahl III, AUSA | | WDKY | |

| Name of Subject | | Statute Violated | File Data *(Initials and #)* |
|---|---|---|---|
| MANUEL GARCIA-HERNANDEZ | | 21 U.S.C 846 | |

### Part A - District of Arrest

[X]    The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ]    Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[X]    Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.

[ ]    Other *(Specify)*:

[ ]    The above-named defendant entered a plea of guilty under Rule 20.
       **Date of Plea**            **Date of Sentence**            **Sentence**

| From *(Signature and Title)* | Address |
|---|---|
| | United States Attorney's Office – WDWA<br>700 Stewart Street, Ste. 5220<br>Seattle, WA 98101 |

### Part B - District of Offense

[X]    I am agreeable to Rule 20 disposition.

[ ]    I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                                    on                    at                    o'clock
       *(Kindly notify me of any anticipated delay.)*

[ ]    Enclosed are two certified copies of indictment of information. Docket No. _____

[ ]    Please have defendant execute waiver of indictment.

[X]    Other *(Specify)*: <u>Please forward copy of Judgment/Commitment order after sentencing.</u>

| Signature *(Name and Title)* | District | Date |
|---|---|---|
| | Western District of Kentucky | 1.16.2026 |

Case 3:24-cr-00016-RGJ *SEALED* Document 32 Filed 01/28/26 Page 2 of 2 PageID
Case 2:26-cr-00020-RSM Document 1 Filed 02/04/26 Page 4 of 11
#.60

# In the United States District Court
## for the Western District of Kentucky

UNITED STATES OF AMERICA )
)
v. ) Case No. 3:24-CR-16-RGJ
)
MANUEL GARCIA HERNANDEZ )

### Consent to Transfer of Case
### for Plea and Sentence

### *(Under Rule 20)*

I, MANUEL GARCIA HENANDEZ, defendant, have been informed that an Indictment

is pending against me in the above designated cause. I wish to plead guilty to the offense

charged, to consent to the disposition of the case in the Western District of Washington in which

I am held and to waive trial in the above captioned District.

_____
MANUEL GARCIA HERNANDEZ
Defendant

_____
PETER GEISNESS
Counsel for Defendant

I am a federally certified interpreter
for Spanish, and I sight translated
this document from English into
Spanish for the defendant.

_____
Nancy A. Leveson

Approved:

_____
KYLE G. BUMGARNER
United States Attorney for the
Western District of Kentucky

_____
CHARLES NEIL FLOYD
United States Attorney for the Western
District of Washington

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK

DEC - 4 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

SALVADOR CASTANEDA, JR.
MARCIAL TISCARENO
MANUEL GARCIA-HERNANDEZ

SUPERSEDING INDICTMENT

NO. 3:24-CR-16-RGJ_____
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

COUNT 1
(*Conspiracy to Possess with Intent to Distribute Heroin*)

On or about and between November 28, 2023 and December 27, 2023, in the Western

District of Kentucky, Oldham County, Kentucky, and elsewhere, **SALVADOR CASTANEDA,**

**JR.**, **MARCIAL TISCARENO**, and **MANUEL GARCIA-HERNANDEZ**, defendants herein,

knowingly and intentionally conspired with each other and others, known and unknown to the

Grand Jury, to possess with the intent to distribute 1 kilogram or more of a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance as defined by Title 21,

United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Sections

841(a)(1), 841(b)(1)(A), and 846, as specifically charged in Count 1 of the Superseding

Indictment, a felony punishable by imprisonment for more than one year, **SALVADOR**

**CASTANEDA, JR.**, **MARCIAL TISCARENO**, and **MANUEL GARCIA-HERNANDEZ**,

Case 3:24-cr-00016-RGJ *SEALED* Document 17 Filed 12/04/24 Page 2 of 4 PageID
Case 2:26-cr-00020-RSM Document 1 Filed 02/04/26 Page 6 of 11
#.87

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code,

Section 853, any and all property constituting, or derived from, proceeds the defendants obtained

directly or indirectly, as a result of said offense, and any and all of the defendants' property used,

or intended to be used, in any manner or part, to commit or to facilitate the commission of the

violations alleged in this Superseding Indictment.

A TRUE BILL.

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED:12.03.2024

2

Case 3:24-cr-00016-RGJ *SEALED*    Document 17    Filed 12/04/24    Page 3 of 4 PageID
Case 2:26-cr-00020-RSM    Document 1    Filed 02/04/26    Page 7 of 11
#.88

UNITED STATES OF AMERICA v. **SALVADOR CASTANEDA, JR., MARCIAL TISCARENO**, and **MANUEL GARCIA-HERNANDEZ**

## PENALTIES

Count 1:          NL 10 yrs./NM Life./NM $10,000,000/both/NL 5 yrs. Supervised Release
                  (NL 15 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of one prior qualifying conviction))
                  (NL 25 yrs./$20,000,000/both/NL 10 yrs. Supervised Release (with notice of two prior qualifying convictions))

Forfeiture:

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     For offenses occurring after December 12, 1987:

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

     If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY  40202
                   502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY  42101
                   270/393-2500

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY  42301
                   270/689-4400

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY  42001
                   270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                    CRIMINAL ACTION NO. 3:24-CR-16-RGJ

SALVADOR CASTANEDA, JR.                                        DEFENDANTS
JMARCIAL TISCARENO
MANUEL GARCIA-HERNANDEZ

## ORDER

The indictment returned by the Federal Grand Jury charging the above-named defendant

with a violations of Tit Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, is

hereby ORDERED to be kept secret until the first defendant is in custody, or has given bail, or the

warrant for arrest is returned unexecuted, and no person shall disclose the return of this indictment

or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution

of warrants for the arrest of the defendants.

This 4th day of December 2024.

_____
United States Magistrate Judge

**ENTERED**
JAMES J. VILT, JR. - CLERK

DEC - 4 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**FILED**

JAMES J. VILT, JR. - CLERK

DEC - 4 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                      CRIMINAL ACTION NO. 3:24-CR-16-RGJ

SALVADOR CASTANEDA, JR.                                         DEFENDANTS
JMARCIAL TISCARENO
MANUEL GARCIA-HERNANDEZ

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Frank E. Dahl III, Assistant United States

Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal

Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand

Jury this December 4, 2024, charging the above-named defendants with a violation of Title 21,

United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, be kept secret until the first

defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to

further order that until the first defendant is in custody, or has given bail, or the warrant for arrest

is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order

issued pursuant thereto except as necessary for the issuance and execution of warrants for the arrest

of the defendants.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Frank E. Dahl III
Assistant U.S. Attorney

Case 3:24-cr-00016-RGJ *SEALED* Document 22 Filed 12/04/24 Page 1 of 1 PageID
Case 2:26-cr-00020-RSM Document 71 Filed 02/04/26 Page 11 of 11
#: 47

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MANUEL GARCIA-HERNANDEZ | ) | Case No. 3:24-cr-16-RGJ (sealed) |
| c/o FDC SEATAC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     MANUEL GARCIA-HERNANDEZ                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1), 841(b)(1)(A), and 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE HEROIN

Date:     12/04/2024
_____
*Issuing officer's signature*

City and state:     Louisville, KY
James J. Vilt, Jr., Clerk by s/ SMJ, Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |